UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN FISHOFF,<br>et al.,<br><br>Defendants. | Hon. Michael A. Shipp<br><br>Civ. No. 15-3725-MAS-DEA |

### ORDER

This matter having been opened to the Court by the United States of America (Shirley U. Emehelu and Nicholas P. Grippo, Assistant U.S. Attorneys, appearing) for a partial modification of the Court's March 31, 2016 Order (ECF No. 91), solely to suspend temporarily the requirement that the Government file monthly progress reports regarding the status of the criminal case, United States v. Fishoff, Crim. No. 15-586 (the "Fishoff Criminal Case"), and counsel for Steven Fishoff (Daniel T. Brown, Esq. and Lionel André, Esq., appearing) having no objection to the Government's request and counsel for the Securities and Exchange Commission ("SEC") taking no position on the request; and upon good cause shown;

IT IS, therefore, on this 23rd day of May, 2018,

ORDERED that this Court's March 31, 2016 Order (ECF No. 91) is hereby AMENDED to require the Government to file only one final progress report regarding the status of the Fishoff Criminal Case, following the

sentencings of Steven Fishoff and co-defendants Ronald Chernin, Steven Costantin, Paul Petrello, and Joseph Spera; and it is further

ORDERED that the Government shall file its final progress report regarding the status of the Fishoff Criminal Case within thirty (30) days after the final sentencing hearing; and it is further

ORDERED that all other provisions of the Court's March 31, 2016 Order (ECF No. 91), including the granted intervention of the Government and the stay of civil discovery shall remain in full effect until further order of this Court.

_____
HON. MICHAEL A. SHIPP
United States District Judge